US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 9/7/11

TIME SPENT: _____

DOCKET NO. 11 CV 2621

CASE: C. R. v City

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ MOTION HEARING

___ OTHER/STATUS CONFERENCE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE
___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

✓ COMPLETED       ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS:

Responses to discovery requests due 10/10
Deposition to proceed
Parties discussing settlement
Conference 11/1 at 10:00